

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2021

No. 04-20-00464-CV

Lydia **DE LA FUENTE,**
Appellant

v.

Johamberlin R. **BEATO,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV01085
Honorable J Frank Davis, Judge Presiding

# O R D E R

On September 22, 2020, the clerk's record was filed in this appeal. On December 9, 2020, the reporter's record was filed. Accordingly, appellant's brief was due on or before January 8, 2021. *See* TEX. R. APP. P. 38.6(a). To date, neither appellant's brief nor a motion for extension of time to file appellant's brief has been filed.

We, therefore, **ORDER** appellant to file, on or before **February 12, 2021**, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file her brief. If appellant fails to file her brief or a motion for extension of time to file her brief and a written explanation by the date ordered, **this appeal will be dismissed for want of prosecution**. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2021.

MICHAEL A. CRUZ, Clerk of Court